Robert A. Muhlbach, Esq. (SBN 72036)
ram@kirtlandpackard.com
Robert M. Churella, Esq. (SBN 73319)
rmc@kirtlandpackard.com
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue, Fourth Floor
El Segundo, California 90245
PH: (310) 536-1000; FX: (310) 536-1001

Attorneys for Defendants
ARA AGHISHIAN, A PROFESSIONAL
CORPORATION and ARA AGHISHIAN,
an individual

Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDLAND INSURANCE COMPANY (Real Party In Interest, substituted for Gallagher Bassett Services, Inc.)<br><br>Plaintiff,<br><br>v.<br><br>ARA AGHISHIAN, A PROFESSIONAL CORPORATION, ARA AGHISHIAN, an individual, and MOSHE K. SELIKOVITZ, an individual,<br><br>Defendants.<br>_____ | Case No. CV08-07492CAS-VBKx<br><br>Assigned to:<br>The Honorable Christina A. Snyder<br><br>ORDER RE: DISMISSAL |

00879-00304   152557.01

ORDER {PROPOSED} RE: DISMISSAL

## ORDER

WHEREAS the parties to this action have stipulated that the matter may be dismissed, with prejudice, as to all defendants, and that each party shall bear their own costs and attorney fees, this matter is hereby dismissed, with prejudice, as to all defendants.

IT IS SO ORDERED:

DATED: March 6, 2012         _____
                              Honorable Christina A. Snyder
                              United States District Judge